# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 17-1098** | **September Term, 2017** |
| | FERC-CP15-138-000 |
| | FERC-CP15-138-001 |
| | **Filed On:** November 8, 2017 |

Allegheny Defense Project, et al.,
        Petitioners

    v.

Federal Energy Regulatory Commission,
        Respondent

------------------------------

Anadarko Energy Services Company, et al.,
        Intervenors
------------------------------

Consolidated with 17-1127, 17-1128

      **BEFORE:**   Rogers, Srinivasan, and Wilkins, Circuit Judges

## O R D E R

    Upon consideration of the motion for clarification of administrative stay, the supplement thereto, and the responses, it is

    **ORDERED** that the motion be granted in part and denied in part. The court's November 6, 2017 administrative stay order is limited to a stay of construction activities in Pennsylvania, and does not preclude the operation of completed facilities already in service. The administrative stay also does not preclude the installation, monitoring, inspection, and repair of necessary environmental controls, monitoring of the pipeline rights of way, or activities needed to safeguard the horizontal directional drill, as described in the motion. The request that petitioners post security of $8 million per day is denied.

**Per Curiam**

                                     **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                      BY:    /s/
                               Robert J. Cavello
                               Deputy Clerk