# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 17-1098                 September Term, 2017

FERC-CP15-138-000
FERC-CP15-138-001

**Filed On:** November 8, 2017

Allegheny Defense Project, et al.,

     Petitioners

  v.

Federal Energy Regulatory Commission,

     Respondent

------------------------------

Anadarko Energy Services Company, et al.,
           Intervenors

------------------------------

Consolidated with 17-1127, 17-1128

      **BEFORE:**    Rogers, Srinivasan, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay, the oppositions thereto, the reply, and the supplement to the opposition, it is

**ORDERED** that the administrative stay entered November 6, 2017 be dissolved. It is

**FURTHER ORDERED** that the emergency motion for stay be denied. Petitioners have not satisfied the stringent requirements for a stay pending court review, including given the issues raised in the pending motions to dismiss. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2017).

### Per Curiam

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

              **By:**    /s/
                        Robert J. Cavello
                        Deputy Clerk